UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL KING

                Plaintiff,

v.                                        Case No.  8:10-cv-977-T-30AEP

GOVERNMENT EMPLOYEES
INSURANCE COMPANY

                Defendant.
_____

**JUDGMENT IN A CIVIL CASE**

**Jury Verdict.**    This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

      **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendant, Government Employees Insurance Company, and against Plaintiff, Michael King.

Date:  September 12, 2013                      SHERYL L. LOESCH, CLERK

                                                            By:  S. Boswell, Deputy Clerk