# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

MICHAEL KING,

      Plaintiff,

v.                                Case No: 8:10-cv-977-T-30AEP

GOVERNMENT EMPLOYEES
INSURANCE COMPANY,

      Defendant.

## <u>ORDER</u>

THIS CAUSE comes before the Court upon Defendant Government Employees Insurance Company's Bill of Costs (Dkt. #159).   Defendant seeks costs in the amount of $23,416.39. Under Federal Rule of Civil Procedure 54(d)(1), costs "should be allowed to the prevailing party" unless "a federal statute, [the rules of Federal Civil Procedure], or a court order provides otherwise." Government Employees Insurance Company prevailed in this case and is entitled to recover the costs enumerated under 28 U.S.C. § 1920.  The Plaintiff, Michael King did not file an opposition to Defendant's Bill of Costs.

The Court concludes that the video depositions for Dan Mitchell, Robert Holbrook, and Joseph Bryant and the second video deposition of Michael King were not necessarily obtained for use in the case because they were not used at trial. Accordingly, the amount of recoverable costs for "Fees for Printed or Electronically Recorded Transcripts" is reduced to $8,293.20. Further, the Court concludes that the Defendant's internal copy rate of $0.25 per copy is unreasonable; the Court reduces the copy rate to

$0.15 per copy which reduces the "Fees for Exemplification and Copies of Papers" to $6,956.81.

It is therefore ORDERED AND ADJUDGED that:

1.      Defendant Government Employees Insurance Company's Bill of Costs (Dkt. #159) is **GRANTED**.

2.      The Clerk is directed to enter a **BILL OF COSTS** against Plaintiff Michael King and in favor of Defendant Government Employees Insurance Company in the amount of **$20,042.89** for taxable costs.

**DONE** and **ORDERED** in Tampa, Florida, this 17th day of October, 2013.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2010\10-cv-977-bill of costs.docx